IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KAREN T. TURNER, Individually, and on behalf of others similarly situated | § § § § | |
| Plaintiffs, | § | |
| v. | § § | Civil Action No. 1:12-cv-00515 |
| HEALTHSOUTH CORPORATION, and HEALTHSOUTH OF AUSTIN, INC., d/b/a HEALTHSOUTH AT HOME, | § § § § | |
| Defendants. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day the Court was advised by counsel for Plaintiff Karen T. Turner ("Plaintiff") and counsel for Defendants HealthSouth Corporation, and HealthSouth of Austin, Inc. d/b/a HealthSouth at Home (collectively, the "Parties") that Plaintiff no longer wishes to prosecute her claims in this lawsuit and that this lawsuit should be dismissed with prejudice. Therefore, it is hereby ORDERED, ADJUDGED and DECREED that the above-entitled and numbered action, and all claims that were raised herein, are DISMISSED WITH PREJUDICE. The Parties will each bear their own attorneys' fees and costs.

SIGNED this _15th_ day of _April_, 2013.

_____
HONORABLE SAM SPARKS